IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ASIM GHAFOOR,

    Defendant.

_____/

Case: 2:25-cr-20296
Assigned To : DeClercq, Susan K.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 4/28/2025
Description: INFO USA v. Asim Ghafoor (tt)

## INFORMATION

At all times relevant to this Information:

### COUNT ONE
### 26 U.S.C. § 7206(1)
### (Filing a False Tax Return)

1. ASIM GHAFOOR, was an attorney who practiced law from an office in the state of Virginia. He had clients in various states, including Michigan.

2. The Internal Revenue Service ("IRS") was an agency within the U.S. Department of Treasury responsible for administering and enforcing the federal internal revenue laws regarding the ascertainment, computation, assessment, and collection of taxes owed to the United States by its citizens and residents.

3. On or about November 29, 2018, in the Eastern District of Virginia, ASIM GHAFOOR willfully made and subscribed and filed with the IRS a false

1

U.S. Individual Income Tax Return, Form 1040, for the calendar year 2016, which was verified by a written declaration that it was made under the penalties of perjury and which ASIM GHAFOOR did not believe to be true and correct as to every material matter. The tax return reported, on line 12, business income of approximately $166,650, whereas, ASIM GHAFOOR knew that he had received business income substantially in excess of that amount.

All in violation of Title 26, United States Code, Section 7206(1).

KAREN E. KELLY
Acting Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice

JEFFREY A. MCLELLAN
RICHARD J. KELLEY
Trial Attorneys
Department of Justice, Tax Division

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>25-20296 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | AUSA's Initials: J.A.M |

**Case Title:** USA v. Asim Ghafoor

**County where offense occurred:** Wayne

**Check One:**    ☒ Felony    ☐ Misdemeanor    ☐ Petty

    ____Indictment/ ✓ Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [**Case number:**                    ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

April 28, 2025
Date

*s/Jeffrey A. McLellan*
Jeffrey A. McLellan
Trial Attorney, Tax Division
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 202-598-5918
E-Mail address: Jeffrey.A.McLellan@usdoj.gov
Attorney Bar #: DC Bar 484017

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.