AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| USA | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 2:25-cr-20296-SKD-EAS |
| Asim Ghafoor | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

USA

Date: 04/29/2025

/s/ Richard J. Kelley
*Attorney's signature*

Richard J. Kelley- Bar No. N/a
*Printed name and bar number*
U.S. Department of Justice, Tax Division
P.O. Box 972
Washington, DC 20044

*Address*

richard.j.kelley@usdoj.gov
*E-mail address*

(202) 616-5555
*Telephone number*

(202) 616-1786
*FAX number*