

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

vs.

Criminal No. 25-cr-20296-SKD-EAS

Hon. Susan K. DeClercq

ASIM GHAFOOR,

Defendant.
_____/

## DEFENDANT'S ACKNOWLEDGMENT OF THE INFORMATION

I, Asim Ghafoor, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1: Imprisonment for a maximum of 3 years and/or a fine of $250,000 or twice the pecuniary gain or loss, followed by supervised release of 1 year.

_____
Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pretrial motions to be filed within twenty (20) days of arraignment.

_____
Edward Bajoka
Counsel for the defendant

Dated: 5/20/2025