IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ASIM GHAFOOR,

    Defendant.
_____/

CRIMINAL NO. 24-CR-20296

Hon. Susan K. DeClercq

## MOTION TO WITHDRAW MCLELLAN APPEARANCE

    The United States of America, by and through undersigned counsel, hereby submits the following motion to withdraw the appearance of Trial Attorney Jeffrey McLellan from this case because he is leaving government service. Accordingly, it is respectfully requested that Jeffrey McLellan be granted leave to withdraw his appearance for all purposes.

Respectfully submitted,

KAREN E. KELLY
Acting Deputy Assistant Attorney General

*/s/ Jeffrey McLellan*
JEFFREY A. MCLELLAN
Trial Attorney
U.S. Department of Justice, Tax Division
202-598-5918
Jeffrey.A.McLellan@usdoj.gov

Dated: May 27, 2025

1

## **CERTIFICATE OF SERVICE**

I hereby certify that May 27, 2025, a copy of the foregoing document was filed using the Court's CM/ECF system, which will send copies to counsel of record in this matter.

/s/ Jeffrey A. McLellan
Trial Attorney
