UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ASIM GHAFOOR,

    Defendant.
_____/

CRIMINAL NO. 25-20296

HON. Susan K. DeClercq

## JOINT MOTION FOR PRE-SENTENCE PAYMENTS

United States of America, by and through Jerome F. Gorgon, Jr., United States Attorney for the Eastern District of Michigan, Richard J. Kelley, Trial Attorney of the U.S. Department of Justice, Tax Division, and defendant Asim Ghafoor ("Defendant"), pursuant to 28 U.S.C. §§ 2041 and 2042, jointly move this Court for an order directing the Clerk of the Court to accept pre-sentence payments from Defendant in satisfaction of Defendant's criminal restitution obligation.

On or about April 24, 2025, Defendant executed a plea agreement agreeing to plead guilty pursuant to an information charging Defendant with a violation of 26 U.S.C. § 7206(1). Defendant pleaded guilty at a hearing held on May 20, 2025, and re-executed the plea agreement in open court.

Pursuant to the plea agreement, Defendant agreed to restitution in the amount of $354,634. Defendant has offered to satisfy his criminal restitution

obligation with payments made at or before sentencing.  Pursuant to 28 U.S.C. § 2041, the Clerk of Court is authorized to accept and hold such funds on behalf of Defendant until the time of sentencing.

Payments shall be made to the Clerk of the Court, United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226.  The payment instrument shall reference the case name and number, as set forth above.  Alternatively, payments may be made through pay.gov.

In addition, pursuant to 28 U.S.C. § 2042, the United States requests an order that upon the entry of a criminal judgment in this case, the Clerk of the Court is to withdraw and apply the deposited funds in satisfaction of the criminal restitution obligation imposed against Defendant.

//


//

3

WHEREFORE, the Government and Defendant jointly move this Court for an order directing the Clerk of the Court to accept pre-sentence payments to be held on deposit until sentencing, and thereafter apply those funds, as provided by law and in accordance with the Clerk's standard operating procedures, in satisfaction of the criminal restitution obligation imposed against Defendant.

                            JEROME F. GORGON
                            United States Attorney
                            Eastern District of Michigan

By:   */s/ Richard J. Kelley*
        RICHARD J. KELLEY
        Trial Attorney
        U.S. Dep't of Justice, Tax Division
        (202) 616-5555

        */s/ Edward A. Bajoka, Esq.*
        EDWARD A. BAJOKA, ESQ.
        Attorney for Defendant
        The Guardian Building
        500 Griswold, Suite 1630
        Detroit, MI 48226

4

## **CERTIFICATE OF SERVICE**

I certify that on August 14, 2025, I served the foregoing document on all parties electronically via the CM/ECF system.  I further certify that on the same day, I caused a copy of the foregoing to be mailed to Judge DeClercq at:

> The Honorable Susan K. DeClercq
> Theodore Levin U.S. Courthouse
> 231 W. Lafayette Blvd., Room 248
> Detroit, MI 48226

>  */s/ Richard J. Kelley*
> RICHARD KELLEY
> Trial Attorney