UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,               Case No. 2:25-cr-20296

v.                                   Honorable Susan K. DeClercq
                                   United States District Judge

ASIM GHAFOOR,

               Defendant.

_____/

## ORDER GRANTING JOINT MOTION TO AUTHORIZE CLERK OF THE COURT TO ACCEPT AND HOLD PRESENTENCE RESTITUTION PAYMENTS (ECF No. 14)

On April 24, 2025, Defendant Asim Ghafoor pleaded guilty to one count of willfully filing a materially false federal income tax return in violation of 26 U.S.C. § 7206(1). ECF No. 5. As part of that plea agreement, Defendant agreed to pay restitution in the amount of $354,634. *Id.* at PageID.19–23. A sentencing hearing is scheduled for September 23, 2025.

On August 14, 2025, the parties filed a joint motion explaining that Defendant wishes to make restitution payments before his sentencing hearing. ECF No. 14. Accordingly, they seek "an order directing the Clerk of the Court to accept pre-sentence payments to be held on deposit until sentencing, and thereafter apply those funds, as provided by law and in accordance with the Clerk's standard operating procedures, in satisfaction of the criminal restitution obligation imposed against

Defendant." *Id.* at PageID.47.

Having reviewed the Parties' joint motion, ECF No. 14, 28 U.S.C. § 2041, and 28 U.S.C. § 2042, it is **ORDERED** that:

1. The Parties' joint motion to authorize clerk of the court to accept and hold presentence restitution payments, ECF No. 14, is **GRANTED**.

2. To that end, the Clerk of the Court is **DIRECTED** to accept presentence restitution payments made by Defendant. The Clerk of the Court is further directed to hold any payments made by Defendant on deposit until sentencing. After sentencing, the Clerk of the Court is directed to apply those funds, as provided by law, in satisfaction of any criminal restitution obligation imposed against Defendant at his September 2025 sentencing hearing.

**This is not a final order and does not close the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated:  August 26, 2025

- 2 -