UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,          Case No. 25-20296
                 Hon. Susan K. DeClercq

-v-

ASIM GHAFOOR,

   Defendant.

---

### STIPULATED ORDER TO ADJOURN SENTENCING AND EXTEND DEADLINE TO SUBMIT PSR OBJECTIONS

  As evidenced by their signatures below, **THE PARTIES HEREBY STIPULATE** and agree to adjourn Defendant's Sentencing Hearing, currently scheduled for September 23, 2025 to October 28, 2025 at 2 p.m. The parties further stipulate to extend the deadline to submit objections to the Presentence Investigation Report an additional ten (10) days and to extend the deadline to submit sentencing memoranda by five weeks.

  **THEREFORE, IT IS HEREBY ORDERED** that Defendant's Sentencing Hearing, currently scheduled for September 23, 2025, be adjourned until October 28, 2025 at 2 pm, the deadline for all parties to object to the Presentence Investigation Report is extended until September 12, 2025, the Government's sentencing memorandum is due October 14, 2025, and Defendant's sentencing memorandum is due October 21, 2025.

//

-2-

Dated: September 9, 2025

   /s/Susan K. DeClercq
SUSAN K. DeCLERCQ
United States District Judge


**STIPULATED AND AGREED TO:**

/s/*Richard Kelley* with consent
Richard Kelley
Richard.j.kelley@usdoj.gov
Dated: September 3, 2025

/s/*Edward A. Bajoka*
Edward A. Bajoka
bajokalaw@gmail.com
Dated: September 3, 2025