# EXHIBIT A

October 8, 2025

The Honorable Susan K. DeClercq
U.S. District Court Judge
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Honorable Judge DeClercq,

Thank you for taking the time to read this letter in support of my husband, Asim Ghafoor.

I have known Asim for more than half of my life, and I could not have chosen a better partner. While no marriage is without disagreements, Asim has always treated me with kindness and deep respect, especially in matters concerning our children and family life. He listens, reflects, and consistently puts others' needs before his own.

Asim is the person people turn to. My parents, siblings, and extended relatives seek his guidance on everything from legal questions to personal conflicts because he invests deeply in people and mediates tensions with wisdom, good humor, and a steady sense of fairness. He has always prioritized family connections; even when I hesitated about the cost and logistics of traveling with our young children to Pakistan so they could know my side of the family, Asim insisted we make it work so they would grow up grounded in love from both sides.

He does the quiet, unseen things. When relatives flew to the United States for brain-cancer treatment, he opened our home to them for as long as needed and, using his saved points, quietly upgraded their long flights so the already-difficult journey would be less painful. He never announced it or sought recognition. Over the years, we have opened our home to countless family members, friends, and community members who needed a place to stay. Asim lives by a simple principle: if you can help, you should, without expecting anything in return.

As my partner, Asim has been especially attentive to my health. I have a serious hip condition and now need a total hip replacement. For years, he has taken on the practical, daily burdens of my care: sorting my medicines and vitamins, scheduling and driving me to appointments, and helping me move comfortably when the pain is bad. He never hesitates or complains, he simply shows up. I have postponed surgery because of the uncertainty of his case; I cannot imagine undergoing a major operation without him by my side. He is not only my husband, he is my caregiver, my advocate, and my support system.

Asim's compassion is rooted in a childhood marked by loss and resilience. His father died in a plane crash when Asim was about ten, while traveling for work. His mother, remarkably strong and devoted, raised Asim and his siblings as a single parent. She never remarried and eventually settled in Houston, building a network of support around her children. From those early years,

Asim learned to serve others and to carry responsibility with humility. That foundation has guided him his entire life.

Our community has witnessed these qualities again and again. One example is Ms. Hadaka, an elderly woman in our community without close family. For over a decade, he drove her to her appointments, helped with her groceries, made sure she had her favorite meals, and even took her to get her nails done, just to lift her spirits. Even now, as she has moved to a rehab facility farther away and her health has declined, Asim continues to visit and support her however he can. Despite developing dementia in the past few years, while she has on occasion forgotten close people in her life, she continues to remember Asim every time he goes to visit her..

Asim's service extends beyond our immediate circles. For years, he has taken on pro bono matters for people who might otherwise go unheard. He has also been active on issues of civil and human rights and in efforts to support democracy in the Middle East. He has advised our local mosque board on legal and administrative matters for decades. He does not seek recognition for this work; if anything, he downplays it. That humility is part of his character. One moment that has stayed with me happened roughly twenty years ago: a friend told him that a man Asim had invested with was terminally ill and asked if Asim could forgive the debt. Asim agreed immediately, no hesitation, no conditions.

In 2022, during his wrongful detention in Dubai, these same qualities became even more visible. While in custody, Asim used his limited funds to help fellow detainees who remained jailed over small unpaid fines; he simply could not tolerate someone suffering when he had the means to help. That month was one of the hardest of our lives. Before his trip, I felt an overwhelming sadness I could not explain and, at the last minute, booked a flight with our daughter and youngest son. I learned of his detention while still in the air. Looking back, I believe it was God's will that we were together during that trial. The day we found out Asim would be released was the day of our 25th anniversary. That was the greatest anniversary gift I will ever receive.

The emotional, financial, and psychological toll of that time still lingers. Our children had to grow up faster than we would have ever wished. We relied on family, especially our generous brother-in-law, who put his own business aside to advocate full-time for Asim's release, and on a community that mobilized on his behalf. More than 300 people from our local community made daily calls to representatives, and many more across the country reached out. That outpouring testifies to the person Asim is and the lives he has touched.

When he returned home, Asim carried himself with quiet resolve. He found a new job quickly and worked tirelessly, often late into the night, to provide for us again. He also continued to help others.

I do not write this letter to excuse the past. Asim regrets the decisions that led us here and accepts responsibility for them. He believes in accountability and in doing better. I respectfully

ask that you consider the whole of the man before you: a devoted husband and father, a steady helper to those in need, and a person whose default is service and humility.

This chapter has been painful for our family. We continue to shoulder the consequences, financially and emotionally, but we are healing and trying to move forward. And I ask you, from the bottom of my heart, to allow us the chance to do so. Please allow my husband the opportunity to make up for his mistakes and return to his life, to continue doing the good that he has always done. I ask for your mercy and your consideration, not only for Asim but for all of us whose lives are tied to his. We need him. Please allow him the opportunity to make amends and to continue the quiet, consistent good he has always done.

Thank you for your time and thoughtful consideration.

With deepest respect,

Ebtehaj Khan
Wife of Asim Ghafoor
22019 Eastcreek Drive
Ashburn, VA 20148
ebtehajkhan@yahoo.com
703-774-5888

October 9, 2025

The Honorable Susan K. DeClercq
U.S. District Court Judge
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Honorable Judge DeClercq,

My name is Noor Ghafoor, and I am writing this letter in support of my father, Asim Ghafoor. I am currently 25 years old and work as a Business Analyst for a small consulting firm based in Ashburn, VA. Following in my father's footsteps, I also work as a Legislative Aide for a local Virginia State Delegate during the General Assembly's Legislative Session for 2 months every year. My father, whom I refer to as "Abbu," is one of the greatest men I know. I say this knowing full well that great people are capable of making even greater mistakes.

Growing up with a sole proprietor as the primary household breadwinner was, understandably, incredibly difficult. His income was inconsistent, forming a cloud of anxiety over our family, caused by constant financial uncertainty. On top of that, Abbu had to travel often, for long periods of time, whilst juggling an array of clients and contracts in different cities, states, and even countries. It was only when I became much older and more cognizant of the world that I began to understand even a fraction of the breadth of work that he was involved in, personally, professionally, and within our communities.

One thing to know about my father is that he is a "yes" man in the most altruistic and generous manner humanly possible. When he heard that distant relatives living in Canada were going to miss out on a family reunion in Houston, TX, with their relatives coming from India, he voluntarily booked and paid for their flight tickets. When my mother's nephew wasn't receiving a good enough education in England, Abbu invited him and his mother, my mother's sister, to move in with us for a better school, and now he is doing so much better academically. There was never a request in the world that I, my siblings, or my mother could ask for that he wouldn't make every attempt to fulfill, even at the expense of his own comfort. So much so that we knew from a young age to be careful with voicing our wishes too explicitly, for heartfelt concern that he would stretch his already too-thin pockets to provide for us.

One way he made up for his frequent travel was to volunteer for class field trips whenever possible. Very quickly, he became our classmates' favorite chaperone, and everyone wanted to be assigned to "the Ghafoor car." His impressively sharp memory, inviting demeanor, borderline-painfully entertaining dad jokes, affinity for classic '80s tunes, and willingness to stop at gas station convenience stores to buy us snacks for the road made him an icon in our circles.

Playing on the phonetic pronunciation of his Arabic first name, my elementary and middle school friends would call him "Mr. Awesome," and continue to refer to him as such.

His passion for family and community will never cease to impress and inspire me. He goes to great lengths to stay in touch with his friends, family, coworkers, and even distant relatives. Because of how active and involved he is in all of his circles, there has scarcely been a time when we have ventured out of the house, whether it is to eat out at a restaurant or visit a local museum on vacation, that he hasn't run into someone he knows from however long ago. His own father, who tragically passed away in a plane accident when my father was 10 years old, was a pillar in the early beginnings of the Indian and Muslim communities in America, and from the stories I've been told, exhibited admirable characteristics that I can only assume my father aspired to embody. Subsequently, my father has devoted a significant portion of his life to serving his community as much as possible. He continues to take on countless pro bono cases, offers free legal advice to those who can not afford a lawyer whenever asked, and is the go-to problem-solver in all of his circles. He is my first call whenever I need advice or help resolving an issue. He takes care of a vulnerable and elderly community member, Ms. Hadaka, who was abandoned by her own son, by taking her to her doctor appointments, applying for Medicaid on her behalf, and spending meaningful time with her. He is a favorite amongst local and familial elders for his encyclopedic memory and ability to inquisitively discover distant connections and relationships between other people's families and friends.

Professionally, I have come to know him as a highly intelligent individual. When he reminisces or recounts old cases or situations he was involved in throughout his career, it is very clear that he sees the world in a very unique way, and subsequently approaches problem-solving with the same casual, yet out-of-this-world brilliance every time. He never shied away from doing the necessary grunt work for the greater good. His approach to any issue presented to him is thoughtful and well-tempered. In fact, to this day, I have never once witnessed him lose his temper or succumb to stress. He has encountered many challenges and stressful situations throughout his life and taken them in stride. When his nephew's wife was tragically killed in the American Airlines accident in DC earlier this year, he stepped up as a necessary source of support and comfort to my cousin and his in-laws by reviewing countless paperwork, attending NTSB hearings, engaging with families of victims to support their advocacy efforts, meeting with elected officials to request policy changes to prevent future disasters, and more.

When I first learned about his case, I was unbelievably angry. I had never experienced the level of hurt, disappointment, and shame I felt crash over me as I read through exactly what he had pleaded guilty to. The negligence involved directly contradicted the version of the man I had in my mind. I couldn't even fathom how this could even be reality. But witnessing how he owned up to his mistakes and his wholehearted willingness to take accountability for his actions somehow makes me respect and admire him as my father even more. He calmly sat us down,

remorsefully explained the situation, and allowed us time to digest this incredibly worrying and earthshattering information. For three years, this has hung over our heads, but even more than on us, the significance of his actions has weighed heavily on his own shoulders. On top of that, witnessing what it has done to my mother's physical and mental health has been incredibly painful for all of us.

For me, my siblings, and my mother, he is the rock that keeps us grounded, and the wind that propels our sails. My father is an honorable man who's made mistakes, but has been beyond willing to own up to them and make things right. He has since hired a reputable CPA to handle his finances and diligently seeks help from others to review his paperwork. I can say with certainty that he understands the significance of his actions and deserves a second chance.

I respectfully urge you to consider how much the people in his community need him and, more importantly, how much we need him, as you determine an appropriate sentence. He is our everything.

Sincerely,

Noor Ghafoor
Asim Ghafoor's Daughter
22019 Eastcreek Drive
Ashburn, VA 20148
noorghaf@gmail.com
571-267-0711

October 9, 2025

The Honorable Susan K. DeClercq
U.S. District Court Judge
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Honorable Judge DeClercq,

My name is Bilal Ghafoor, and I am Asim Ghafoor's son. I am 20 years old and a junior at George Mason University. I took time to think about the stories and qualities of my father, whom I call "Abu," that have shaped who I am. There are many, but the examples below best capture how I see him and how I try to live.

My father goes out of his way to serve others without expecting anything in return. The clearest examples are in daily life. We have two cats he never planned to get; he agreed to adopt them because he knew my siblings and I wanted them. When they jump onto his office chair, he will not move them. He will stand and work around them so they are not disturbed. It is a small thing, but it shows how he treats even the smallest creatures with care and patience. With people, that same consideration multiplies. If someone from our friends or family needs a late-night airport run or a grocery pickup that is out of the way, he volunteers even when he is busy and tells us it is on his way so we do not feel bad.

He also quietly takes on burdens so the rest of us do not have to. He flies to Houston every week for work at a hospital and returns on weekends so our lives here remain stable. He chose not to uproot us, even though relocating would make his life easier, because we have school, work, friends, and family here. He knows what constant disruption feels like from his own childhood, when he moved and changed schools often, and he took that toll upon himself rather than place it on us.

From a young age he taught us the value of community. He brought us to volunteer events and community gatherings so we would learn to serve and to show up for others. After Friday prayers, family gatherings, and weddings, he is often the last to leave because many people want to speak with him. He remembers names and details, who is looking for a job or whose parent is ill, and he follows up. People speak about him with respect and warmth, not because he seeks attention, but because he notices others and keeps his word.

He is a gifted storyteller and a natural connector. He carries a library of stories, many he lived and many that others lived, and he shares them to teach, to comfort, and to make people feel seen. His memory is precise. He recalls distant relatives by name and nickname, long family

connections, and small details from years ago. When he meets someone new, he looks for a connection, trying a few names until something sounds familiar, then patiently tracing how people may be related. At gatherings he is known for this skill. My friends often mention his stories first when they talk about him, and I am still trying to live up to that gift.

He also brings joy into our home. His dad jokes are constant and creative. They are corny and silly and somehow thoughtful at the same time. In our family group chat, when something happens, we often wait for his joke before we move on. It is a small tradition, but it keeps us close and keeps our spirits up.

I have serious food allergies, including nuts, shellfish, and some fruits. He loves those foods, and so do others in our family, but when he stops at the store to pick up something special for someone else that I can't eat, he always brings back something safe for me. And when there are errands to run, he is the first to volunteer. By the time we finish discussing who can go, he has already gone. Helping is his first instinct.

In all of this, he is steady, practical, and calm. He can break down a complicated situation into clear steps, tell the story of what matters, and help people move forward. He brings that mix of emotional intelligence and sound judgment to family issues, community projects, and work. When people call with problems, he listens first, then offers specific next actions. He does not escalate conflict. He calms people and organizes a plan.

He is also hardworking and reliable, even when it costs him sleep or convenience. He has done legal work and offered advice for our mosque and community without charging. He answers calls at odd hours and stays on the phone as long as it takes to help, then returns to the task he paused. He does not brag about what he does and does not ask for anything in return. He simply shows up again the next day.

I know my father is before you because of his own mistakes. I have felt disappointment and worry, but I have also seen him take responsibility and try to make things right. He has never told me to minimize it. Instead, he has been open about it and about the need to do better. I believe him because I have watched the rest of his life. I have seen how he treats people, how he shoulders burdens quietly, and how he consistently chooses service over comfort.

Your decision will shape our family's future. I respectfully ask that you consider not only what brought him here, but also the person he is to his family, his workplace, and his community, the person I have tried to describe. We need him. A lenient sentence would allow him to continue caring for us and for the people who rely on him, while still holding him accountable.

Thank you for your time and consideration.

Respectfully,

Bilal Ghafoor
Asim's Son
22019 Eastcreek Drive
Ashburn, VA 20148
bilal.ghafoor05@gmail.com
571-619-3422

October 10, 2025

The Honorable Susan K. DeClercq
U.S. District Court Judge
231 W. Lafayette Blvd.
Detroit, MI 48226

*Re: Character Reference for Mr. Asim Ghafoor*

Your Honor,

I am Altaf Husain, an Associate Professor in the School of Social Work at Howard University, and I have known Asim Ghafoor since 1997. In my professional capacity, I have seen firsthand how Asim has worked tirelessly to support Muslim community leaders who were unfairly targeted in post-9/11 investigations.

During those difficult times, Asim was a tireless advocate, providing support and legal guidance to individuals who were wrongly accused and subjected to unjust scrutiny. His work was instrumental in defending the rights of those who were marginalized, and I saw him consistently stand up for justice when it mattered most.

Asim's unwavering commitment to civil liberties and human rights is what has shaped his career and personal life. He has always placed the welfare of others above his own, especially in defense of those who cannot defend themselves. His actions during those tumultuous years demonstrate his character, and I am confident that this will continue to define him as he moves forward.

On a personal note, I know Asim to be a devoted family man. Our sons overlapped in Cub Scouts and Boy Scouts from 2010 and he has been a kind and loving husband to Ebtehaj and father to Noor, Bilal and Haani.

I ask that Your Honor consider the full scope of Asim's character and his lifelong commitment to service and justice when determining his sentence. He has made lasting contributions to our community, and I believe he will continue to do so moving forward.

Sincerely,

Altaf Husain
601 Howard Pl NW

School of Social Work

Washington DC, 20059

Email: altaf.husain@howard.edu

Phone: 202-806-9102



**THOMAS COLLEGE OF BUSINESS AND ECONOMICS**

One University Drive
P.O. Box 1510
Pembroke, NC 28372

910.521.6214
Fax: 910.521.6750

October 12, 2025

**The Honorable Susan K. DeClercq**
U.S. District Court Judge
231 W. Lafayette Blvd.
Detroit, MI 48226

*Re: Character Reference for Mr. Asim Ghafoor*

Your Honor:

My name is **Mohammad Nakibur Rahman**, and I serve on the faculty of the University of North Carolina Pembroke, where I am an associate professor of finance. I am writing to provide a character reference for **Mr. Asim Ghafoor**, whom I have known and respected since 2012 for his tireless advocacy for **human rights and political reform in Bangladesh**.

During that period, Asim distinguished himself as a principled and courageous advocate for justice, accountability, and democratic governance. His efforts drew attention to the plight of journalists, activists, and political prisoners at a time when many were afraid to speak out. My late father Motiur Rahman Nizami, former Minister of Agriculture in Bangladesh was ultimately executed in 2016 by the previous regime against which Asim spearheaded a campaign. Asim was instrumental in exposing the lack of transparency and the importance of an independent judiciary which took the life of so many with the "Independent Crimes Tribunal (ICT)" roundly condemned by the United Nations, United States, EU and international human rights advocates.

I witnessed firsthand his deep commitment to ethical conduct, civic responsibility, and the use of his professional skills for the public good. His advocacy work was never motivated by personal gain but rather by a belief that ordinary citizens deserve transparency and fairness in governance.

As an educator in the field of finance and as someone who has spent his career studying financial ethics, I take cases involving tax offenses very seriously. I make no excuses for Mr. Ghafoor's conduct, and I am certain he does not either. Yet, in knowing him as a person of principle and public service, I believe this incident does not reflect the true measure of his character or his life's work. His dedication to civil liberties, community engagement, and advocacy for democracy has left a positive impact on many people, myself included.

UNCP.EDU  •  AN EQUAL OPPORTUNITY EMPLOYER



One University Drive
P.O. Box 1510
Pembroke, NC 28372

910.521.6214
Fax: 910.521.6750

     I respectfully ask the Court to consider these aspects of Mr. Ghafoor's character in determining his sentence. I am confident he will continue to contribute positively to society and use this experience to further his commitment to ethical service and education.

Sincerely,

Dr. Mohammad Nakibur Rahman

Professor of Finance

Thomas College of Business

University of North Carolina – Pembroke

Pembroke NC 28372 USA

Voice: 910.521.6468

*mohammad.rahman@uncp.edu*

\October 20, 2025


The Honorable Susan K. DeClercq
U.S. District Court Judge
231 W. Lafayette Blvd.
Detroit, MI 48226

**Re: Character Reference for Mr. Asim Ghafoor**

To the Honorable Susan K. DeClercq:

My name is Imam Mohammed Hagmagid, and I have had the honor of knowing Mr. Asim Ghafoor for many years. In this time, I have witnessed firsthand his unwavering dedication to our community at the All Dulles Area Muslim Society (ADAMS) in Northern Virgina where he has lived for over twenty years. I write this letter to offer my strong support for Asim as he faces sentencing, as I believe his character and the work he has done for the betterment of society should be fully considered by the Court.

While I understand the seriousness of the charge he currently faces, I can say with certainty that it does not reflect the full measure of his character or the depth of his contributions to society. I know Asim as a man who is committed to honesty, integrity, and public service. His dedication to helping the oppressed, the less fortunate and the unrepresented to defend the rights of Muslim, Asian and marginalized communities, speaks volumes about who he truly is as a person. Along with his wife and children, his family has been a model in ADAMS for volunteering, community service and contributing to charity.

Asim's legal work has profoundly impacted not only our local community but also international movements for change. human rights and justice, especially in his advocacy for establishing the rule of law and transparency in the Islamic world.

One of the most significant efforts I have observed from Asim was his advocacy for Sudan's civil society and his legal work in U.S. courts to defend the Sudanese people's right to live free from oppression. Asim played a critical role in lifting sanctions against Sudan from 2005 to 2015, where his tireless efforts in Washington, D.C., working with American victims of terrorist attacks in Africa and international legal scholars, contributed to the eventual normalization of relations between the U.S. and Sudan. His advocacy efforts were crucial in opening the doors for much-needed humanitarian aid and diplomacy in Sudan during a period of severe turmoil.

The Honorable Susan K. DeClercq
October 20, 2025

2

As a native of Sudan myself, I am deeply familiar with the challenges the region presents. Sudan's complex political history and the many competing interests among internal and international stakeholders make it one of the most difficult political terrains to navigate, even for seasoned diplomats and politicians. That Asim has managed to work effectively in such an environment—bringing people together, advocating for reform, and helping to restore international confidence in Sudan—is a testament to his skill, patience, and integrity. While the civil war persists there, his work in helping normalize relations with the US and lifting US sanctions will help that nation restore its economic and regional clout when the dust settles.

Additionally, in 2019, Asim was again at the forefront of Sudan's battle to restore democracy after the fall of the previous regime. His efforts in promoting the pro-democracy movement were instrumental, and he worked behind the scenes to ensure that global attention was directed to Sudan's plight. I personally witnessed Asim's tireless work, whether it was organizing delegations for international policymakers or providing legal advice to Sudanese opposition leaders seeking to restore their nation's rightful governance.

In 2006, Asim's diplomatic work also played a key role in diffusing tensions during the Danish cartoon controversy, where tensions between the Muslim world and the West were reaching a fever pitch. Asim, understanding the delicate cultural issues at hand, engaged with both the Muslim community, political leaders and business executives in Denmark and Saudi business and religious leaders to promote dialogue and understanding. His efforts contributed to the eventual easing of tensions, allowing for a constructive conversation about freedom of expression and mutual respect. His role in this important episode demonstrated his ability to use his legal and diplomatic acumen to promote peace.

Finally, Asim has devoted significant time and resources to supporting non-profit organizations in the U.S. and abroad. His work with these organizations, especially in navigating complex compliance issues surrounding U.S. Treasury regulations and international humanitarian law, has ensured that these organizations could continue their important work in providing life-saving assistance to the most vulnerable populations around the world. Asim's guidance has been invaluable to organizations working in conflict zones and has helped them maintain their operations while staying compliant with U.S. and international laws.

I ask that Your Honor consider the positive contributions Asim has made to the local community and the world, particularly his tireless advocacy for human rights, democracy, and justice. He has used his knowledge, skills, and passion to impact change in ways that many could not imagine. I am confident that Asim will continue to work for the good of others and contribute positively to society, and I respectfully request that the Court consider these aspects of his character as you determine his sentence.

**The Honorable Susan K. DeClercq**
October 20, 2025

3

On a personal note, I want the Court to know the impact your sentence will have on his family.  While two of his three children are adults, Ebtehaj, Noor, Bilal and Haani rely on him to support their household. He has taken a full-time job in Texas to help support his family and commutes to Northern Virginia to keep his ties in both areas.

Thank you for your time and consideration.

Sincerely,



Imam Mohammed Hagmagid
ADAMS Center
46903 Sugarland Road
Sterling, Virginia 20164
imam@adamscenter.org
571-296-4436

# Sterling Foot and Ankle Center

10/16/25

To Whom It May Concern,

RE: Ghafoor, Asim (Male) 12/11/1969 (Age 55)

This patient is a diabetic with peripheral neuropathy and a recurrent neuropathic ulcer on the plantar aspect of his right great toe. He has had this condition for many years. His ulcer is currently open and I plan on surgical intervention in the upcoming few months once his ulcer is healed.

Thank you,

Dr. Sam Gray, DPM



P: 703-539-2036
F: 703-563-2716
SterlingFAC@gmail.com
46090 Lake Center Plaza Suite 204
Sterling, VA 20165
www.sterlingfootandankle.com

017

October 9, 2025

The Honorable Susan K. DeClercq
U.S. District Court Judge
231 W. Lafayette Blvd.
Detroit, MI 48226

Dear Honorable Judge DeClercq,

My name is Farhan Syed, and I have had the pleasure of knowing Asim Ghafoor for nearly two decades. Over the years, our friendship has evolved into a trusted professional relationship and community partnership, through which I have come to know Asim as a man of integrity, faith, and deep compassion for others.

Professionally, I have worked closely with Asim in multiple capacities. Asim hired me as his real estate agent, and I have represented him in both the sale and purchase of his real estate assets. His professionalism, fairness, and transparency in all business matters reflect his strong moral compass. Since December 2019, we have been business partners in a family entertainment center located in Northern Virginia, an enterprise aimed at providing a safe, inclusive, and family-oriented environment for our local community. Asim has been instrumental in helping to ensure that our business operates ethically and continues to serve families of all backgrounds.

Although we have had business collaboration, it extends beyond that.  Since 2014, Asim and I have worked together to establish a non-profit education institution that focuses on balancing religious and secular education. The vision we shared was to help raise a generation of children grounded in both their American civic values and their faith values, where young men and women respect the laws of this country, while understanding their spiritual responsibilities. Asim's leadership and unwavering support were vital to this effort, and through his guidance, the school has flourished into a respected institution within our local community.

I have also witnessed Asim's lifelong dedication to philanthropy and community service. His involvement with numerous non-profit organizations, both domestically and internationally, has enabled him to use his legal expertise to help charitable organizations comply with complex regulatory and humanitarian frameworks. In every endeavor, whether business or volunteer work, Asim has demonstrated the same traits, honesty, patience, and an unshakable belief in fairness and compassion.

While I understand the current legal proceedings, I can say without hesitation that they do not define Asim's true character. The person I have known for many years is a principled man who has made enormous contributions to his community and to those in need. His humility, generosity, and commitment to doing what is right have deeply impacted everyone who has worked alongside him.

I respectfully ask Your Honor to consider these qualities and the positive influence Asim has had on his community and those around him. His lifetime of service, leadership, and goodwill stand as strong evidence of his character and potential to continue making meaningful contributions to society.

Sincerely,

Farhan Syed
Ashburn, VA